THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Barrett Bernard
Bowen,        Appellant.
 
 
 

Appeal From Pickens County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2003-UP-731
Submitted October 15, 2003  Filed December 16, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Appellant, Barrett Bernard 
 Bowen, was indicted for breaking and entering a motor vehicle and petit larceny.  
 Following a jury trial, Bowen was convicted as charged and sentenced to ten 
 years for petit larceny, third and above, and was given a one-year consecutive 
 sentence for breaking and entering a motor vehicle.  We dismiss pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.